IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CRAIG J. MYERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.                 ) | NO. 12-CV-894-WDS |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Clifford J. Proud that the Court find that ALJ Gaffaney committed no errors of law, that his findings are supported by substantial evidence and, therefore, affirm the final decision of the Commissioner of Social Security denying Craig J. Myers' application for disability benefits on all grounds and judgment be entered in favor of the defendant.

The Report and Recommendation directed the parties to file objections on or before January 4, 2014. To date, no objections have been filed. Accordingly, the Court **ADOPTS** the recommendation of Magistrate Judge Proud and **AFFIRMS** the findings of ALJ Gaffaney and upholds the decision of the Commissioner denying the plaintiff, Craig J. Myers' application for disability benefits on all grounds raised. The Clerk of the Court is directed to enter judgment in FAVOR of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security and AGAINST plaintiff Craig J. Myers. Each party shall bear its own costs.

**IT IS SO ORDERED.**

**DATE:  10 January, 2014**

**/s/  WILLIAM D. STIEHL**
**DISTRICT JUDGE**